No. 89–521. Transoil (Jersey), Ltd., et al. v. Rex Oil, Ltd., et al. C. A. 5th Cir. Certiorari denied.

No. 89–523. Bermuda Star Line, Inc. v. Markozannes. Sup. Ct. La. Certiorari denied.

No. 89–534. Foxmeyer Corp. et al. v. Stone's Pharmacy, Inc. C. A. 8th Cir. Certiorari denied.

No. 89–538. Littlewolf et al. v. Lujan, Secretary of the Interior, et al. C. A. D. C. Cir. Certiorari denied.

No. 89–554. Hennepin County, Minnesota, et al. v. Sullivan, Secretary of Health and Human Services. C. A. D. C. Cir. Certiorari denied.

No. 89–617. Texarkana National Bank v. Federal Deposit Insurance Corporation. C. A. 5th Cir. Certiorari denied.

No. 89–631. Philpot et al. v. United States. C. A. 10th Cir. Certiorari denied.

No. 89–651. Burrell et al. v. City of Los Angeles et al. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 89–655. Davies v. Southern Pacific Transportation Co. et al. C. A. 11th Cir. Certiorari denied.

No. 89–662. Middle Earth Graphics, Inc. v. National Labor Relations Board. C. A. 6th Cir. Certiorari denied.

No. 89–664. International Brotherhood of Teamsters, Chauffeurs, Warehousemen & Helpers of America, Airline Division, et al. v. Southwest Airlines Co. C. A. 5th Cir. Certiorari denied.